# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| B.W., | : | No. 44 MAP 2020 |
| Appellee | : | Appeal from the Order of the Commonwealth Court at 433 MD 2018 dated July 6, 2020. |
| v. | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| Appellant | : | |

| | | |
|---|---|---|
| B.W., | : | No. 47 MAP 2020 |
| Cross Appellant | : | Appeal from the Order of the Commonwealth Court at 433 MD 2018 dated July 6, 2020. |
| v. | : | |
| PENNSYLVANIA STATE POLICE, | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                         **DECIDED:  June 22, 2021**

**AND NOW,** this 22nd day of June, 2021, the order of the Commonwealth Court is **REVERSED** and the matter is **REMANDED** to that court for consideration of remaining unaddressed claims.  *See Commonwealth v. Lacombe*, 234 A.3d 602 (Pa. 2020) (holding Subchapter I of Sex Offender Registration and Notification Act, 42 Pa.C.S. §§9799.51-9799.75, does not constitute criminal punishment and therefore does not violate constitutional prohibition against *ex post facto* laws).  *See also Commonwealth v. Butler*, 226 A.3d 972, 993 (Pa. 2020) (court on remand to consider remaining claims not

addressed).  The Motion to Strike Portions of Designated-Appellant's Brief and the Application for Oral Argument are **DENIED**.  The Motion to Seal Designated-Appellee's Previously Filed Motion to Strike Portions of Designated-Appellant's Brief is **GRANTED**.